IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OMAR SHAFEQU HANAWANDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:08-0006 |
| v. ) | JUDGE HAYNES |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, U.S. Citizenship and ) | |
| Immigration Service, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the motion to dismiss, filed by the Defendant, United States Citizenship and Immigration Services (Docket Entry No. 7), contending that this action should be dismissed because Plaintiff's application for naturalization has bee processed and approved.

Upon review of the attached approval, this motion is **GRANTED** and this action is **DISMISSED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the __14th__ day of April, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge

**U.S. Department of Justice**
**Immigration and Naturalization Service**

10F2

OMB No. 1115-0009
## Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

### Part 1. Your Name (The Person Applying for Naturalization)

A. Your current legal name.

Family Name (Last Name): HAMAWANDI

Given Name (First Name): OMAR

Full Middle Name (If applicable): SHAFEQ

Write your INS "A"- number here:
A 0 7 6 2 8 1 1 3 2

**FOR INS USE ONLY**

Bar Code 

Date Stamp: 05/25/2004

Remarks:
UPDATY INT 2/25/06
ATC - EXP 11/2/11
TRDU EXP 7/1/11

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name (Last Name): HAMAWANDI

Given Name (First Name): OMAR

Full Middle Name (If applicable): S

C. If you have ever used other names, provide them below.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| HAMADASH | OMAR | SHAFEQ |

decide whether to change your name.
name? ☐ Yes ☑ No
like to use. Do not use initials or name.

Given: 
Full Middle Name:

Action: APPROVED FEB 2 [illegible]

MAY 2 5 2004

7300606

### Part 2. Information About Your Eligibility (Check Only One)

I am at least 18 years old AND

☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

☐ I have been a Lawful Permanent Resident of the United States for at least 5 years.
I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years, AND

☐ I am applying on the basis of qualifying military service.

☐ Other (Please explain) _____

Form N-400 (Rev. 07/23/02)N